PAULK *v*. GREER, ordinary.

LUMPKIN, J.  This case having been submitted to the presiding judge without a jury, and, upon consideration of both of the evidence and the law, he having denied the mandamus absolute prayed for, upon a careful consideration of the evidence introduced by both sides and the law applicable thereto this court can not say that the judge erred in rendering such judgment.          *Judgment affirmed. All the Justices concur.*

Submitted July 16,—Decided November 12, 1906.

Mandamus.     Before Judge Spence.     Turner superior court.  April 9, 1906.

The object of the petition for mandamus was to require the ordinary to publish his official advertisements in a newspaper other than that in which he was publishing them, on the ground that the

sheriff on January 1, 1906, had selected the plaintiffs' newspaper as the official organ of the county, and the ordinary had been so notified. The material allegations and evidence were in conflict.

*J. A. Comer, Fulwood & Murray,* and *J. H. Hall,* for plaintiffs.

*John B. Hutcheson* and *W. A. Hawkins,* for defendant.